# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 14, 2022

Mr. Philip Devlin
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 22-50229    Jackson v. Pinney
                           USDC No. 6:21-CV-47

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Lisa E. Ferrara, Deputy Clerk
                                      504-310-7675

cc w/encl:
    Mr. Thomas Wayne Jackson Jr.

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-50229
_____

THOMAS WAYNE JACKSON, JR.,

*Plaintiff—Appellant*,

*versus*

WARDEN FNU PINNEY,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:21-CV-47
_____

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of June 14, 2022, for want of prosecution. The appellant failed to timely pay the fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Jun 14, 2022**

**Clerk, U.S. Court of Appeals, Fifth Circuit**